## UNITED RAILROAD WORKERS DIVISION OF TRANSPORT WORKERS UNION OF AMERICA ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL.

No. 535.   Decided June 27, 1960.

*George Halpern, Edith Lowenstein, Carl E. Newton, Yelverton Cowherd* and *Alfred D. Treherne* for petitioners.

*Joseph P. Allen* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted.  The judgment is vacated and the case is remanded for reconsideration in light of *Brotherhood of Locomotive Engineers et al.* v. *Missouri-Kansas-Texas R. Co.,* 363 U. S. 528.